

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00937-CV

**Deborah A. Beck and Nancy Beck-Deane**

**v.**

**Dave Escobales**

NO. 2013-07491 IN THE 125TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| RPT RECORD | $3,143.00 | 03/03/2015 | PAID | ANT |
| MT FEE | $10.00 | 03/03/2015 | E-PAID | ANT |
| CLK RECORD | $90.00 | 01/09/2015 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 11/26/2014 | E-PAID | ANT |
| FILING | $175.00 | 11/26/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $3,438.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this May 29, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**